IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KHOSROW SADEGHIAN, ET AL., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> THE TOWN OF LITTLE ELM, § <br> Defendant. § | CASE NO. 4:07cv159 |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Partial Summary Judgment (Dkt. 25) be GRANTED, that Plaintiff Khosrow Sadeghian take nothing by his remaining claims, that Plaintiff Johnny Houston's remaining claims be DISMISSED, and that the Town of Little Elm be awarded its reasonable attorney's fees and costs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion for Partial Summary Judgment (Dkt. 25) is GRANTED, Plaintiff Khosrow Sadeghian shall take nothing by his remaining claims, Plaintiff Johnny Houston's remaining claims are DISMISSED, and the Town of Little Elm is awarded its

reasonable attorney's fees and costs. The parties shall submit all affidavits and supporting documentation regarding Defendant's attorney's fees and costs in accordance with the report of the Magistrate Judge.

**IT IS SO ORDERED.**

**SIGNED this 26th day of September, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE