IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KHOSROW SADEGHIAN, ET AL., Plaintiffs, | § § § | |
| v. | § § | CASE NO. 4:07cv159 |
| THE TOWN OF LITTLE ELM, Defendant. | § § § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff Khosrow Sadeghian shall take nothing by his claims here, Plaintiff Johnny Houston's claims are DISMISSED, and the Town of Little Elm is awarded its reasonable attorney's fees, as agreed to by the parties, and costs in this matter.

**SO ORDERED.**

**SIGNED this 4th day of February, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE